UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                   Case No. 2:16-cr-20
                                   HON. ROBERT HOLMES BELL

PATRICK ROY WANDAHSEGA,

                Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on September 16, 2016 for an initial appearance and arraignment on the indictment charging him with Aggravated Sexual Abuse of a Child Under 12 years old and Abusive Sexual Contact with a Child under 12 years. The government moved for detention which was supported by recommendation of pretrial services. Defendant requested time to prepare for a detention hearing.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Dated:   September 19, 2016          /s/ Timothy P. Greeley
                                          TIMOTHY P. GREELEY
                                          U.S. MAGISTRATE JUDGE