UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 2:16-cr-20

v.

                                HONORABLE PAUL L. MALONEY

PATRICK ROY WANDAHSEGA,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No.58). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.      The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

        2.      The government's motion (ECF No. 41) is **GRANTED** and H.W. shall be allowed to testify at trial via two-way closed circuit television. Pursuant to 18 U.S.C. § 3509(b)(1)(D), defense counsel shall have the ability to communicate with the Defendant contemporaneously while H.W. is testifying.

Date:  April 28, 2017               _/s/ Paul L. Maloney_____
                                      Paul L. Maloney
                                      United States District Judge